Ann M. Cerney, SBN: 068748

CERNEY KREUZE & LOTT, LLP

42 North Sutter Street, Suite 400

Stockton, California  95202

Telephone: (209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANN DUBOIS,<br><br>            Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>            Defendant. | No. 2:13-CV-00827-CKD<br><br>[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before November 20, 2013.

SO ORDERED.

Dated: October 21, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1