BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA ANN DUBOIS, | ) No. 2:13-CV-00827-CKD |
| | ) |
|     Plaintiff, | ) **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| | ) **FOR A FIRST EXTENSION OF TIME** |
|     v. | ) **FOR DEFENDANT TO FILE HER** |
| | ) **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy workload and because of preplanned leave for the holiday seasons.  Despite due diligence, Defendant requests this additional time to properly manage his caseload.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's motion for summary judgment will be Monday, January 20, 2014.

Respectfully submitted,

Date: <u>December 19, 2013</u>          LAW OFFICES OF ANN M. CERNEY

By:  <u>/s/ Ann M. Cerney*</u>
ANN M. CERNEY
*By email authorization on Dec. 17, 2013*
Attorney for Plaintiff

Date: <u>December 19, 2013</u>          BENJAMIN B. WAGNER
United States Attorney

By:  <u>/s/ Jeffrey Chen</u>
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: December 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2