BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA ANN DUBOIS, | No. 2:13-CV-00827-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy caseload in the month of January that prevents the timely completion of this motion despite the undersigned's best efforts at managing his workload.  Defendant has ten matters on the merits due in January and respectfully requests this extension in good faith.

    /////

    /////

1

1  The new due date for Defendant's motion for summary judgment will be Thursday, February 20, 2014.

Respectfully submitted,

Date: *January 21, 2014*          LAW OFFICES OF ANN M. CERNEY

By:   */s/ Ann M. Cerney*\*
ANN M. CERNEY
*\* By phone authorization on Jan. 21, 2014*
Attorney for Plaintiff

Date: *January 21, 2014*          BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  January 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2